01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08   UNITED STATES OF AMERICA,                )
                                              )
09              Plaintiff,                     )   Case No. CR07-5069-JPD
                                              )
10        v.                                   )
                                              )   DETENTION ORDER
11   PHILLIP J. CAMPBELL,                      )
                                              )
12              Defendant.                     )
     _____ )
13

14   <u>Offenses charged</u>:

15        Speeding; Unlawful Possession of a Controlled Substance–Methamphetamine; and

16   Driving Under the Influence of Drugs.

17   <u>Date of Detention Hearing</u>:    February 21, 2007.

18        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19   based upon the factual findings and statement of reasons for detention hereafter set forth,

20   finds the following:

21        <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22        (1)    Defendant has a lengthy criminal record.  The record includes arrests for

23   obstruction of law enforcement officers and attempts to elude.

24        (2)    Defendant has had multiple arrests for driving while license suspended,

25   indicating an unwillingness or inability to comply with court orders.

26        (3)    Defendant has at least one failure to appear.

DETENTION ORDER                                              15.13
18 U.S.C. § 3142(i)                                          Rev. 1/91
PAGE 1

01      (4)    When defendant was arrested on the current charge, he had been charged with

02 Driving Under the Influence approximately one and a half months earlier.

03      (5)    Defendant appears to have a serious on-going substance abuse problem.

04      (6)    There appear to be no conditions or combination of conditions other than

05 detention that will reasonably address the risk of flight or danger to the community.

06      IT IS THEREFORE ORDERED:

07      (1)    Defendant shall be detained pending trial and committed to the custody of the

08                Attorney General for confinement in a corrections facility separate, to the

09                extent practicable, from persons awaiting or serving sentences or being held in

10                custody pending appeal;

11      (2)    Defendant shall be afforded reasonable opportunity for private consultation

12                with counsel;

13      (3)    On order of a court of the United States or on request of an attorney for the

14                government, the person in charge of the corrections facility in which

15                defendant is confined shall deliver the defendant to a United States Marshal

16                for the purpose of an appearance in connection with a court proceeding; and

17      (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

18                counsel for the defendant, to the United States Marshal, and to the United

19                States Pretrial Services Officer.

20      DATED this 23rd day of February, 2007.

21

22

23                            JAMES P. DONOHUE

                               United States Magistrate Judge

24

25

26

DETENTION ORDER                                  15.13
18 U.S.C. § 3142(i)                               Rev. 1/91
PAGE 2